Tondeur patent] are each employed in the furnaces or leers of the defendant." The questions which were actually in controversy before the circuit court, and are before this court, relate to the construction of the patent and to patentable novelty. If the validity of the claims is sustained, infringement is not controverted.

The decree of the circuit court is affirmed, with costs.

---

## DIXON-WOODS CO. v. SYRACUSE GLASS CO.

(Circuit Court of Appeals, Second Circuit. April 18, 1893.)

Appeal from the Circuit Court of the United States for the Northern District of New York.

In Equity. Bill by the Dixon-Woods Company against the Syracuse Glass Company for infringement of a patent. There was a decree for complainant, and defendant appeals. Affirmed.

Mr. Wilkinson, for appellant.
Thos. W. Bakewell and Mr. Kerr, for appellee.

Before LACOMBE and SHIPMAN, Circuit Judges.

SHIPMAN, Circuit Judge. The facts in this case are the same as in the case of Dixon-Woods Co. v. Pfeifer, 55 Fed. Rep. 390, (which has just been decided.) Judgment of the circuit court is affirmed.

---

## ANDERSON v. MONROE et al.

(Circuit Court, W. D. Pennsylvania. April 5, 1893.)

### No. 38.

1. PATENTS FOR INVENTIONS—VALIDITY—INVENTION—MANTELS.
   Design patent No. 19,872, issued June 3, 1890, to W. Anderson, for a design for mantels, is valid, as showing invention, inasmuch as the elements, though old, are combined in a new and harmonious design, which presents a different impression to the eye from anything that preceded it.

2. SAME—INFRINGEMENT—DEFENSE—ABANDONMENT.
   In a suit for infringement of a patent, where the defense is public sale and the use of the patented device more than two years before the patent was applied for, the burden of proof is on the defendant; and the defense is not sustained by evidence which leaves in doubt the identity of an exhibit which embodies the device, and is alleged to have been so sold.

Suit by William Anderson against W. T. Monroe and Edward T. Germain for the infringement of a patent. Bill dismissed as to Germain, and decree for complainant as to Monroe.

W. L. Pierce, for complainant.
W. Bakewell & Sons, for respondent.

BUFFINGTON, District Judge. This bill is filed by William Anderson against W. T. Monroe and Edward T. Germain, alleging infringement of design patent for mantels, No. 19,872, applied for by Anderson 20th February, 1890, and granted June 3d following. The design is known as the "Anderson AA Mantel." On application